# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1980
_____

SIMON SANCHEZ,

   Appellant,

   v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

May 27, 2026

PER CURIAM.

   AFFIRMED.

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Simon Sanchez, pro se, Appellant.

Shirtrina Niquita Roberts, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.